IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| CRICKET COMMUNICATIONS, INC. | § | Case No. 2:10-CV-226-TJW |
| *et al.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |
| | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT NETWORKS IN MOTION, INC.**

Plaintiff Traffic Information, LLC ("Traffic") and defendant Networks In Motion,

Inc. ("NIM"), stipulate that agreement has been reached on settlement of the claims and

counterclaims made in this action and all other claims or counterclaims that might have

been brought relating to U.S. Patent Nos. 6,466,862, 6,574,548 and 6,785,606, and all

related patents and patent applications identified in the settlement agreement, based

upon the agreement, consent and approval of the parties, Traffic and NIM, through their

respective attorneys, further stipulate as follows:

1.    This Court has personal jurisdiction over Traffic and NIM, and over the

subject matter of this action.

2.    Each claim made and that could have been made by Traffic against NIM,

and each counterclaim made and that could have been made by NIM against Traffic, in

this action is hereby dismissed with prejudice on the basis of the settlement reached,

pursuant to Fed. R. Civ. P. 41.

3.    Each party shall bear its own costs and attorneys' fees.

4.    Traffic's claims against the other defendants in this action shall remain pending.

5.    The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:

  /s/ C. Dale Quisenerry
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Counsel for Traffic Information, LLC*


  /s/ Sid Pandit
Sid Pandit
svp@hanify.com
HANIFY & KING, P.C.
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Telephone: (202) 403-2104
Facsimile: (202) 429-4380

*Counsel for Networks In Motion, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry