IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| CRICKET COMMUNICATIONS, INC. | § | Case No. 2:10-CV-226-TJW |
| *et al.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
KINPO ELECTRONICS, INC. PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to the Notice of Dismissal Without Prejudice of Defendant Kinpo Electronics, Inc., IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Kinpo Electronics, Inc. is DISMISSED WITHOUT PREJUDICE from the above entitled action. This order applies only to the claims asserted by the plaintiff against the defendant Kinpo Electronics, Inc.

SIGNED this 20th day of January, 2012.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE